Miguel M. Debón, Esquire
Attorney I.D. # 85995
HENRY & DEBON, LLC
635 Walnut Street
Reading, PA  19601
610-898-0802
Attorney for Debtors/Plaintiff

## UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHEREE B. BREEN<br>10 Stone Road<br>Womelsdorf, PA  19567 | : BANKRUPTCY CASE NO.: 13-10511<br>:<br>: CHAPTER 13<br>:<br>: ADVERSARY NO.: 13-0297 |
| SOCIAL SECURITY NUMBER<br>XXX-XX-9881 | : |
| Debtor(s) | : |
| SHEREE B. BREEN | : |
| Plaintiff | : |
| v. | : |
| OCWEN LOAN SERVICING, LLC also<br>d/b/a CITY NATIONAL BANK<br>12650 INGENUITY DRIVE<br>ORLANDO, FL 32826<br>Defendant | : |
| FREDERICK L. REIGLE, TRUSTEE | : |

### ORDER

AND NOW, this ___3___ day of ___July___, 2013, upon consideration of the Motion for Default Judgment, it is hereby:

ORDERED that the debt is determined to be unsecured and the mortgage of the Defendant Ocwen Loan Servicing, LLC d/b/a City National Bank on the property located at 10 Stone Road, Womelsdorf, Pennsylvania 19567 be considered released of record and Defendant

~~Ocwen Loan Servicing, LLC d/b/a City National Bank otherwise be required to remove said mortgage of record~~.

BY THE COURT:

_____
RICHARD E. FEHLING, B.J.